**Kenneth Morton GUTNICK, Petitioner,**

**v.**

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

**No. 28932**
**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Dec. 16, 1970.

---

* Of the Tenth Circuit, sitting by designation.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

3. Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

Ruben Montemayor, San Antonio, Tex., for petitioner.

John N. Mitchell, Atty. Gen. of the U. S., Dept. of Justice, Washington, D. C. Troy A. Adams, Jr., Director, U. S. Immigration & Nat. Service, New Orleans, La., Seagal V. Wheatley, U. S. Atty., San Antonio, Tex., for respondent.

PER CURIAM:

Review denied. See Local Rule 21.[1]